# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 Rev. 5/98

**IN UNITED STATES** ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** United States v.s. _____ FOR: Daniel Gibbs AT: Magistrate Judge Jeffrey Cole, United States District Court

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Daniel Gibbs

FILED JUL 15 2008 / 7-15-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: _____
District Court: 08 CR 549
Court of Appeals: _____

08CV549

**CHARGE/OFFENSE** (describe if applicable & check box): ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: TJ Construction
- IF YES, how much do you earn per month? $ 1800
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No N/A
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 3,000 — Personal Injury Lawsuit

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - VALUE $ 1,000 — DESCRIPTION '86 Monte Carlo
  - $ 2,500 — Mercury boat

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: _____

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Rent | $ | $ 350 |
| Ford, telephone | $ | $ 300 |
| Misc | $ | $ 250 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): July 11, 2008

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ Daniel Gibbs