

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549-2 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. Daniel Gibbs | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant's oral motion for bond is denied with prejudice. Government's oral motion to detain defendant is granted. The Government has proved by clear and convincing evidence that there is no set of conditions that will reasonably ensure the safety of the community. The Government has demonstrated by a preponderance of the evidence that there is no condition or set of conditions that will reasonably assure the defendant's attendance at trial. The defendant is ordered detained until further order of court. Preliminary examination hearing is set for 7/23/08 at 3:00 p.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|