## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549-2 | **DATE** | 7/18/2008 |
| **CASE TITLE** | USA vs. Daniel Gibbs | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing set for 7/23/08 is reset to 7/24/08 at 1:30 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|