# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549 (2 & 5) | **DATE** | 7/24/2008 |
| **CASE TITLE** | USA vs. Daniel Gibbs and Hal Durham | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Defendants waive preliminary examination hearing. Defendants are bound to the district court for further proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|