July 18, 2008
Case # 08CR549

Hon. Judge Jeffrey Cole.
219 S Dearborn St
Chicago Il, 60604

**FILED**
JUL 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Honorable Judge Cole,

    Hello, my name is Keena Atkinson. I am writing in regards to Daniel L. Gibbs. (08CR548) He and I have a son together and used to be in a long-term relationship. I heard the news that Daniel was in custody, and soon after, I found out the cause. This news was very disappointing and surprising to me. Daniel is a young man who has all of the opportunity of the world in front of him. If he wishes to take on those opportunities, I believe that he can be successful in what he chooses to do with his life if he just puts his mind to it. Our son, K'shawn means a lot to Daniel and Daniel means a lot to K'shawn. Daniel plays many roles in many peoples lives; a friend, a son, a confidante, a brother, an uncle, but at the end of the day, there is a bright healthy beautiful four year old boy growing and learning every day who knows who his Daddy is. When he is with his daddy, He will tell anyone in a heartbeat "My name is K'shawn Gibbs and this is my daddy Daniel Gibbs, and my head is big like my daddy's'". Daniel and I both became parents at a young age, and we both decided that we would become parents together. Parenting is a continuous learning experience. The Keyword being experience. If Daniel is not around to take part in the experience, he will never learn how to be a good and effective parent. I am a mother to my son, and quite often play the role of the father too. I think there are many values and important lessons that a child can only learn from a father. As a mother, I can teach my son about what a good man is, and does, however I cannot be an <u>example</u> of a good man. Getting himself into Prison is not a good example of what a good man is and does either. However being given just one second chance, and making a positive lifestyle change is an example of growth, determination, rehabilitation, tenacity, and responsibility which also happen to be characteristics of a good man. I believe in giving second chances, because we

July 18, 2008
Case # 08CR549

have all made the wrong choices at times. I also believe that you, as a Judge share that same belief. I do not believe in second or third chances, but sometimes I do tend to give them. Someone close to both Daniel and myself once told me "Sometimes you have to hit rock bottom in order to turn around" I think that this is rock bottom for Daniel right now. In my honest opinion, I think that prison is a place for people who have either run out of chances, or are not willing to change. I do not think that prison teaches a positive lifestyle change, because being in there, Daniel would be surrounded by negativity, and his heart will become hardened. I do not want my sons' father to become cold-hearted. He still has a soul and the will to change. I think that Daniel needs to learn that what is easy is not always right. The things that are hard to do and overcome are the things that make life so rewarding when accomplished. Choosing to change is the first step, taking ownership and responsibility for his choices and actions (good or bad) is the seconds step, and taking action is the third step to becoming the man and father that he says he wants to be. Daniel has everything that he needs right inside of him. The one thing that we can do as people who care about him, is give him a chance. It is up to him to find the courage and the strength inside of himself to use it.

Sincerely,

Keena Atkinson

*[signature: Keena Atkinson]*

"The ultimate measure of a man is not where he stands in moments of comfort and conveniences, but where he stands at times of challenge and controversy"
-Martin Luther King Jr.

7/18/2008

*[signature: Antonia G. Yecla]*
My Commission will expire on August 7, 2011

*[Notary Public seal: ANTONIA G. YECLA, STATE OF WISCONSIN]*